| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JACQUELINE P. COX |
| Shaw Gussis | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 07/24/2013 |
| (312) 662-2861 | Hearing Time: | 9:30 a.m. |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   DURAN, MARK A          §   Case No. 12-24258
         DURAN, ANA M           §
                                §
Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 07/24/2013 in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 07/01/2013            By:   Ira Bodenstein
                                         Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

| Ira Bodenstein | The Honorable: | JACQUELINE P. COX |
|---|---|---|
| Shaw Gussis | Chapter   7 | |
| 321 N. Clark St., Ste. 800 | Location: | _____ |
| Chicago, IL  60654 | Hearing Date: | _____ / / |
| (312) 662-2861 | Hearing Time: | _____ |
| Chapter 7 Trustee | Response Date: | _____ / / |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| In re: DURAN, MARK A | § | Case No. 12-24258 |
|---|---|---|
| DURAN, ANA M | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 12,500.00 |
| *and approved disbursements of* | $ | 160.69 |
| *leaving a balance on hand of* [1] | $ | 12,339.31 |
| **Balance on hand:** | $ | 12,339.31 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 12,339.31 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 92.64 | 0.00 | 92.64 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 92.64 |
| Remaining balance: | $ | 12,246.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

      Total to be paid for prior chapter administrative expenses:   $   0.00
      Remaining balance:   $   12,246.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

      Total to be paid for priority claims:   $   0.00
      Remaining balance:   $   12,246.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117.04 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 117.04 | 0.00 | 117.04 |

      Total to be paid for timely general unsecured claims:   $   117.04
      Remaining balance:   $   12,129.63

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 12,129.63 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 12,129.63 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.20. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 12,129.43.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mark A Duran  
Ana M Duran  
     Debtors

Case No. 12-24258-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: ccabrales   Page 1 of 2   Date Rcvd: Jul 03, 2013  
                        Form ID: pdf006   Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2013.

```
db          +Mark A Duran,    P.O. Box 9485,    Chicago, IL 60609-0485
jdb         +Ana M Duran,    6401 41st Street,    Stickney, IL 60402-4133
19041151    +8302 W. 47th St Condominium Association,    C/O Dolejs Property Management,    7847 W Ogden Ave,
              Lyons, IL 60534-1882
19041152    +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
19041153    +Best Buy,    C/O HSBC Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
19041154    +Cap1/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
19041156    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19041155    +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
19041157    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19041158    +Coven Law Group,    180 N LaSalle Street,    Suite 3650,    Chicago, IL 60601-2811
19041159    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
19041149    +Duran Ana M,    6401 41st Street,    Stickney, IL 60402-4133
19041148    +Duran Mark A,    PO Box 9485,    Chicago, IL 60609-0485
19041160   ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
             (address filed with court: Green Tree,    P.O. Box 94710,    Palatine, IL 60094-0000)
19041162    +Macy's,    P.O. Box 183083,    Columbus, OH 43218-3083
19041163    +PNC Mortgage,    3232 Nemark Dr,    Miamisburg, OH 45342-5433
19041164    +PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
19041150    +Thomas W Drexler,    77 W Washington St Ste 1910,    Chicago, IL 60602-3176
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19041161    +E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 04 2013 00:53:22      Green Tree,    PO Box 6172,
              Rapid City, SD 57709-6172
19748338    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 04 2013 01:39:27
              PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
19041165    +E-mail/Text: rdkcollects@gmail.com Jul 04 2013 00:54:11      Rdk Collection Service,
              318 John R Rd # 321,    Troy, MI 48083-4542
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2013**                      **Signature:**   */s/ Joseph Speetjens*

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                  Date Rcvd: Jul 03, 2013
                              Form ID: pdf006              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2013 at the address(es) listed below:

```
              Heather M Giannino    on behalf of Creditor    PNC Bank, National Association
               heathergiannino@hsbattys.com,    jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein iratrustee@shawfishman.com,
               IL29@ecfcbis.com;cowens@shawfishman.com
              Ira  Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W Drexler    on behalf of Debtor Mark A Duran td@drexlaw.com,   drexler321@gmail.com
              Thomas W Drexler    on behalf of Joint Debtor Ana M Duran td@drexlaw.com,   drexler321@gmail.com
              Toni  Dillon    on behalf of Creditor    Green Tree Servicing LLC tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7
```