# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DURAN, MARK A § Case No. 12-24258
        DURAN, ANA M §
                                                      §
Debtor(s)                                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $424,350.00          Assets Exempt: $46,200.00
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $117.24    Claims Discharged
                                               Without Payment: $6,766.81

   Total Expenses of Administration: $253.33

   3) Total gross receipts of $ 12,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,129.43 (see **Exhibit 2**), yielded net receipts of $370.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $306,970.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 253.33 | 253.33 | 253.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,883.81 | 117.24 | 117.24 | 117.24 |
| **TOTAL DISBURSEMENTS** | $313,853.81 | $370.57 | $370.57 | $370.57 |

    4) This case was originally filed under Chapter 7 on June 15, 2012. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2013          By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Company Stock ownership (gross estimate of value | 1129-000 | 5,000.00 |
| 2009 Jeep Patriot | 1129-000 | 3,750.00 |
| 2011 Chevrolet Aveo | 1129-000 | 3,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DURAN, MARK A | | 8200-002 | 12,129.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$12,129.43** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PNC Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 202,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Tree | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 8302 W. 47th St Condominium Association C/O Dolejs | 4110-000 | 970.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Tree | 4110-000 | 104,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$306,970.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 92.64 | 92.64 | 92.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.56 | 25.56 | 25.56 |
| Rabobank, N.A. | 2600-000 | N/A | 16.66 | 16.66 | 16.66 |
| Rabobank, N.A. | 2600-000 | N/A | 19.66 | 19.66 | 19.66 |
| International Sureties,Ltd | 2300-000 | N/A | 21.00 | 21.00 | 21.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.65 | 16.65 | 16.65 |
| Rabobank, N.A. | 2600-000 | N/A | 17.20 | 17.20 | 17.20 |
| Rabobank, N.A. | 2600-000 | N/A | 18.96 | 18.96 | 18.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $253.33 | $253.33 | $253.33 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 117.00 | 117.04 | 117.04 | 117.04 |
| 1I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 0.20 | 0.20 | 0.20 |
| NOTFILED | Dsnb Macys | 7100-000 | 324.00 | N/A | N/A | 0.00 |
| NOTFILED | Rdk Collection Service | 7100-000 | 2,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Coven Law Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Best Buy C/O HSBC Retail Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Collections | 7100-000 | 361.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | 2,184.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,147.81 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$6,883.81** | **$117.24** | **$117.24** | **$117.24** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-24258  
**Case Name:** DURAN, MARK A  
DURAN, ANA M  
**Period Ending:** 09/18/13

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 06/15/12 (f)  
**§341(a) Meeting Date:** 08/14/12  
**Claims Bar Date:** 12/21/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6401 41st Street, Stickney, IL 60402 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | 8302 W. 47th Street, Lyons, IL | 70,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Cole Taylor Bank (account consists entirely of w | 0.00 | 0.00 | | 0.00 | FA |
| 5 | PNC Bank (checking & savings accounts) | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Usual Complement of Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Usual Complement of Men's Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 8 | Usual Complement of Women's Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 9 | Retirement, 401K account (gross estimate of valu | 17,500.00 | 0.00 | | 0.00 | FA |
| 10 | Company Stock ownership (gross estimate of value | 4,000.00 | 0.00 | | 5,000.00 | FA |
| 11 | 2009 Jeep Patriot | 12,000.00 | 6,550.00 | | 3,750.00 | FA |
| 12 | 2011 Chevrolet Aveo | 9,000.00 | 6,600.00 | | 3,750.00 | FA |
| 13 | Worker's Compensation Claim versus United Parcel | 205,000.00 | 205,000.00 | | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$449,350.00** | **$218,150.00** | | **$12,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prepare and file TFR.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2013          **Current Projected Date Of Final Report (TFR):**   July 2, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-24258  
**Case Name:** DURAN, MARK A  
DURAN, ANA M  
**Taxpayer ID #:** **-***3760  
**Period Ending:** 09/18/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/01/12 | | Mark Duran | Payment for value of Walmart Stock and non-exempt equity in 2009 Jeep Patriot and 2011 Chevy Aveo | | | 12,500.00 | | 12,500.00 |
| | {10} | | Walmart Stock | 5,000.00 | 1129-000 | | | 12,500.00 |
| | {11} | | non exempt equity | 3,750.00 | 1129-000 | | | 12,500.00 |
| | {12} | | non exempt equity | 3,750.00 | 1129-000 | | | 12,500.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 12,475.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.56 | 12,449.44 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | | 9999-000 | | 12,449.44 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 12,500.00 | 12,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 12,449.44 | |
| Subtotal | 12,500.00 | 50.56 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12,500.00** | **$50.56** | |

{} Asset reference(s)  
Printed: 09/18/2013 01:20 PM   V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-24258  
**Case Name:** DURAN, MARK A  
DURAN, ANA M  
**Taxpayer ID #:** **-***3760  
**Period Ending:** 09/18/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****539466 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 12,449.44 | | 12,449.44 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.66 | 12,432.78 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.66 | 12,413.12 |
| 02/12/13 | 10101 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 21.00 | 12,392.12 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.65 | 12,375.47 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.20 | 12,358.27 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.96 | 12,339.31 |
| 07/30/13 | 10102 | Ira Bodenstein | TFR approved 7/24/2013 | 2100-000 | | 92.64 | 12,246.67 |
| 07/30/13 | 10103 | PYOD, LLC its successors and assigns as assignee | Ref # 5424-1807-0132-1199 | 7100-000 | | 117.04 | 12,129.63 |
| 07/30/13 | 10104 | PYOD, LLC its successors and assigns as assignee | Ref # 5424-1807-0132-1199 | 7990-000 | | 0.20 | 12,129.43 |
| 07/30/13 | 10105 | DURAN, MARK A | | 8200-002 | | 12,129.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,449.44 | 12,449.44 | $0.00 |
| | | | Less: Bank Transfers | | 12,449.44 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 12,449.44 | |
| | | | Less: Payments to Debtors | | | 12,129.43 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$320.01** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******08-66** | 12,500.00 | 50.56 | 0.00 |
| **Checking # ****539466** | 0.00 | 320.01 | 0.00 |
| | $12,500.00 | $370.57 | $0.00 |

{} Asset reference(s)

Printed: 09/18/2013 01:20 PM    V.13.13